## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES

Judge: JOSE L. LINARES                               Date: 12/08/04
Court Reporter:   PHYLLIS LEWIS                      Docket No: CR. 04-580

<u>Title of the Case:</u>

UNITED STATES OF AMERICA

v.

CHARLES KUSHNER

<u>Appearances:</u>

AUSA:   Scott Resnick,
        Ralph Marra
        Thomas Eicher

Attorneys for Defendant:   Benjamin Brafman
                           Alfred C. DeCotiis
                           Jeffrey D. Smith

<u>Nature of Proceedings</u>:

Conference held.

Hearing on joint application to adjourn sentencing date of 12/14/04. Court ordered application granted. Sentencing rescheduled for January 18, 2005 at 1:30 p.m.

Court reserved and ordered briefs to be submitted by 12/15/04 on the issue of whether Sentencing Memorandum and letters should be made available to the press.

                                            /s/ Lissette Rodriguez, Courtroom Deputy
                                            to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:    2:30 p.m.
Time Concluded:    3:45 p.m.