**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES**

Judge: JOSE L. LINARES  Date: 01/12/05
Court Reporter: PHYLLIS LEWIS  Docket No: CR. 04-580

<u>Title of the Case:</u>

UNITED STATES OF AMERICA

v.

CHARLES KUSHNER

<u>Appearances</u>:

AUSA:  Scott Resnick,
       Ralph Marra

Attorneys for Defendant:  Benjamin Brafman
                          Alfred C. DeCotiis
                          Jeffrey D. Smith

Additional Appearances:

Attorney for Media Intervener:  Don Robinson

<u>Nature of Proceedings</u>:

Conference held.
Hearing to clarify 12/30/04 order re: media intervener's motion to intervene.
Hearing on application to adjourn sentencing date of 01/18/05. Court ordered application granted. Sentencing rescheduled for Friday, March 4, 2005 at 10:00 a.m.

/s/ Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:  2:30 p.m.
Time Concluded:  3:45 p.m.