CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973) 353-6094
JS1187

April 14, 2005

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Jose L. Linares |
| PLAINTIFF, | : | Criminal No. 04-580 |
| v. | : | **SATISFACTION OF JUDGMENT** |
| CHARLES KUSHNER, | : | |
| DEFENDANT. | : | **(Document filed electronically)** |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Charles Kushner.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

s/JOHN G. SILBERMANN, JR.

_____
By:    JOHN G. SILBERMANN, JR.
       ASSISTANT U.S. ATTORNEY

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973) 353-6094
JS1187

April 14, 2005

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Jose L. Linares |
| PLAINTIFF, | : | Criminal No. 04-580 |
| v. | : | **SATISFACTION OF JUDGMENT** |
| CHARLES KUSHNER, | : | |
| DEFENDANT. | : | **(Document filed electronically)** |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Charles Kushner.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

s/JOHN G. SILBERMANN, JR.

_____
By:   JOHN G. SILBERMANN, JR.
      ASSISTANT U.S. ATTORNEY